# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION-COLUMBUS

| | | |
|---|---|---|
| Ronald Kovacs, | : | CASE NO. 2:14cv1235 |
| Plaintiff, | : | |
| | : | Judge Algenon L. Marbley |
| v. | : | |
| | : | Magistrate Judge Kemp |
| Norfolk Southern Railway Company, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the within matter and hereby Stipulate that this matter be marked Settled and Dismissed With Prejudice, each party to pay their own costs.

It is so ORDERED:

_____
Judge Algenon L. Marbley